GARY M. RESTAINO
United States Attorney
District of Arizona
SHEILA PHILLIPS
Assistant U.S. Attorney
Michigan State Bar No. P51656
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: Sheila.Phillips2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-22-1231-PHX-GMS |
|---|---|
| Plaintiff, | |
| vs. | **JOINT MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE** |
| Dale Stuart Burroughs, | |
| Defendant. | |

The United States of America, by and through its attorney undersigned, hereby moves the court for an order pursuant to Fed. R. Crim. P. 48(a), dismissing the Indictment in this matter without prejudice.

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) will issue a warning letter that Mr. Burroughs cannot deal in firearms without a license or purchase firearms in the State of Arizona unless he establishes residency in Arizona.  Mr. Burroughs is aware that if he violates federal firearm law, the government can seek an indictment on the dismissed charges.

Mr. Burroughs also agrees to administratively forfeit the following five firearms (see Exhibit 1):

1. Maxim Defense Industries, bearing SN: MXM-19-A1518
2. Sig Sauer, Model P320, bearing SN: 58J152926
3. Daniel Defense, Model DDM4, bearing SN: DDM4340329
4. Glock, Model G45, 9mm bearing SN: BSNK656
5. Smith and Wesson, Model M&P, 9mm bearing SN: NKS4067

Mr. Burroughs also waives any and all claims, including but not limited to any claims under the Federal Tort Claims Act or Bivens v. Six Unknown Named Agents, and any constitutional or statutory defenses or claims, he has or might have against the United States of America, the United States Department of Justice, and the Bureau of Alcohol, Tobacco, Firearms and Explosives and all agents, officers, and employees thereof, relating to the seizure of, or the commencement of forfeiture proceedings against, the Property. See Exhibit 1.

It is not expected that excludable delay under 18 U.S.C. § 3161 will occur because of this motion or an order based thereon.

Respectfully submitted this 3rd day of October, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona


 s/Sheila Phillips
SHEILA PHILLIPS
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

*Emma Whincup*
Attorneys for Freedom Law Firm

 *s/C. Covington*
U.S. Attorney's Office

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-22-1231-PHX-GMS |
|---|---|
| Plaintiff, | |
| vs. | **O R D E R** |
| Dale Stuart Burroughs, | |
| Defendant. | |

Pursuant to the Joint Motion to Dismiss Indictment without Prejudice and good cause appearing,

**IT IS HEREBY ORDERED** dismissing the Indictment against Dale Stuart Burroughs, without prejudice.

**IT IS FURTHER ORDERED** that Dale Stuart Burroughs

DATED this _____ day of _____ 20___.

_____
HONORABLE G. MURRY SNOW
District Court Judge