ASSET DESCRIPTION:  5 Firearms Listed Below
ATF CASE NO: 785080-22-0046
CR-22-1231-PHX-GMS

## CONSENT TO ADMINISTRATIVE FORFEITURE
## AND HOLD HARMLESS AGREEMENT

It is hereby stipulated by and between the United States of America and Dale Stuart Burroughs regarding five firearms unlawfully purchased in the State of Arizona (the "Property"). The Property is as follows:

Maxim Defense Industries, bearing SN: MXM-19-A1518

Sig Sauer, Model P320, bearing SN: 58J152926

Daniel Defense, Model DDM4, bearing SN: DDM4340329

Glock, Model G45, 9mm bearing SN: BSNK656

Smith and Wesson, Model M&P, 9mm bearing SN: NKS4067

The Property is forfeitable under 18 U.S.C. § 924(d) and 21 U.S.C. §§ 853 and 881, as it was involved with a violation of the criminal laws of the United States, including but not limited to 18 U.S.C. § 924(a)(1)(A).

Dale Burroughs hereby gives up all right, title, and interest in the Property listed above, and agrees to bear his own costs and expenses, if any, related to his claim to the Property.

Dale Burroughs agrees that the Property shall be administratively forfeited by the ATF, that title shall vest in the United States of America for disposition of the Property according to law, and agrees not to contest the forfeiture.

Dale Burroughs  hereby waives all time limits set forth in 18 U.S.C. § 983 and any claim to further notice of forfeiture.

Dale Burroughs hereby waives any and all claims, including but not limited to any claims under the Federal Tort Claims Act or *Bivens v. Six Unknown Named Agents*, and any constitutional or statutory defenses or claims, he has or might have against the United States of America, the United States Department of Justice, and the Bureau of Alcohol, Tobacco, Firearms and Explosives and all agents, officers, and employees thereof, relating to the seizure of, or the commencement of forfeiture proceedings against, the Property.

Dale Burroughs has read and fully understand each provision of this agreement and has freely and voluntarily signed this agreement.

9-28-23

Date

Sheila Phillips    Digitally signed by SHEILA PHILLIPS
Date: 2023.09.28 15:36:45 -07'00'

SHEILA PHILLIPS
Assistant United States Attorney

9/29/23

Date

FOR

EMMA WHINCUP
Attorney for Dale Burroughs

9-29-23

Date

DALE STUART BURROUGHS
Claimant